```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-2-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LATISHA BELL,

                  Plaintiff,                  11 Civ. 6208 (PKC) (KNF)

        -against-

MCDONALD/PAULINO FOOD,                  ORDER ADOPTING REPORT
                                                            AND RECOMMENDATION

                  Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        By Report and Recommendation dated April 6, 2012, Magistrate Judge Kevin Nathanial Fox recommended that plaintiff's complaint be dismissed for failure to prosecute this action, pursuant to Rule 4(m), Fed R. Civ. P., and failure to comply with a court order, pursuant to Rule 41(b), Fed. R. Civ. P. Plaintiff commenced this action on August 26, 2011. As of March 2012, plaintiff had not filed proof of service of the summons and complaint. On March 21, 2012, Judge Fox ordered plaintiff to file proof of service by April 4, 2012, or to demonstrate good cause for failure to do so. Plaintiff did neither. Furthermore, plaintiff failed to comply with Judge Fox's instruction that she provide the Pro Se Office with a current mailing address, which has made it impossible to communicate with her. Therefore, this Court adopts the Report and Recommendation. Plaintiff's complaint is hereby dismissed.

        SO ORDERED.

Dated: New York, New York
       May 2, 2012

                                                      P. Kevin Castel
                                                United States District Judge